UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X  **AFFIDAVIT OF SERVICE**

HANA MODZ, LLC, an Illinois Limited Liability Company,  Civil Action No. 1:14-cv-04930-SJ-CLP
                                 Plaintiff,

   - against -

ELEV8 VAPE, an individual and/or business entity of
unknown nature; ARLIND REXHA, an individual; Does
1 through 10, inclusive, individuals and/or business
entities of unknown nature,
                       Defendants.
---------------------------------------------------------------------------X
STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF QUEENS  )

       Andrew Bartley, being duly sworn, deposes and says that Deponent is not a party to this action, is over 18 years of age, and is a resident of the State of New York.

       On September 10, 2014, at approximately 9:30 p.m., at 165 Locust Avenue, Staten Island, NY 10306-3105, which upon information and belief is the dwelling place or usual place of abode of Arlind Rexha, Deponent served the within Summons in a Civil Action, First Amended Complaint for Damages and Injunctive Relief with Exhibits A-C, and Civil Cover Sheet upon: **Arlind Rexha**, by delivering to and leaving with Mizijene Rexha a true and correct copy of said documents.

       At the time of said service, Mizijene Rexha stated that she is the mother of Arlind Rexha and confirmed that Arlind Rexha resides at the aforementioned address.  Mizijene Rexha acknowledged service by endorsing and dating a copy of the aforementioned Summons.  Said acknowledgement is attached hereto.

       At the time of said service, Deponent also asked Mizijene Rexha whether Arlind Rexha is on active duty in any branch of the Uniformed Services of the United States of America, the State of New York, or any other state and Mizijene Rexha responded in the negative.

       Mizijene Rexha is described as a White female, approximately 44-52 years of age, 145-160 lbs., 5'7" tall, had black hair with red highlights.

       Deponent also states that on September 11, 2014, Deponent served a copy of the aforementioned documents upon Arlind Rexha, by depositing a true and correct copy thereof, enclosed in a securely sealed, fully post-paid, First Class Mail envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

       Arlind Rexha
       165 Locust Avenue
       Staten Island, NY 10306-3105.

Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action against the addressee.

_____
Andrew Bartley

Sworn to before me this
11th Day of September, 2014

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qualified in Queens County
Commission Expires November 17, 2017

Case 1:14-cv-04930-SJ-CLP   Document 14   Filed 10/03/14   Page 2 of 3 PageID #: 124

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

HANA MODZ, LLC, an Illinois Limited Liability Company

*Plaintiff(s)*

v.

ELEV8 VAPE, an individual and/or business entity of unknown nature; ARLIND REXHA, an individual; Does 1 through 10, inclusive, individuals and/or business entities of unknown nature

*Defendant(s)*

Civil Action No. 1:14-cv-04930-SJ-CLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Arlind Rexha
165 Locust Avenue
Staten Island, NY 10306-3105

☑ *(signature)* Arlind Rexha
SERVICE ACKNOWLEDGED
DATE 9/10/14

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian P. Hennessy (pro hac vice)
J. Patrick Corrigan (pro hac vice)
PERKINS COIE LLP
3150 Porter Drive, Palo Alto, CA 94304
Telephone: 650.838.4300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

*CLERK OF COURT*

Date: 9/10/14



SONIA GALEANO

*Signature of Clerk or Deputy Clerk*